Cecil E. CRIDDLE, Appellant,

v.

Elliott L. RICHARDSON, Secretary of
Health, Education and Welfare,
Appellee.

No. 71–1241.

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 5, 1971.

Decided Oct. 14, 1971.

Franklin W. Kern, Charleston, W. Va.,
for appellant.

Robert M. Feinson, Atty., Dept. of
Justice, Washington, D. C. (L. Patrick
Gray, III, Asst. Atty. Gen., Kathryn H.
Baldwin, Atty., Dept. of Justice and W.
Warren Upton, U. S. Atty., on the brief),
for appellee.

Before HAYNSWORTH, Chief Judge,
and WINTER and CRAVEN, Circuit
Judges.

PER CURIAM:

Affirmed on the letter opinion of the
District Judge, 334 F.Supp. 344.

Affirmed.

Leslie I. ROGGE, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 71–2174.

United States Court of Appeals,
Ninth Circuit.

Jan. 19, 1972.

---

Michael D. Garvey, Houger, Garvey,
Schubert & Barnes, Seattle, Wash., for
petitioner-appellant.

Stan Pitkin, U. S. Atty., Charles Pin-
nell, Asst. U. S. Atty., Seattle, Wash.,
for respondent-appellee.

Before MERRILL, KOELSCH and
HUFSTEDLER, Circuit Judges.

ORDER AFFIRMING JUDGMENT

The district court's determinations
that appellant's pleas of guilty were in-
telligently made are not clearly errone-
ous.

Accordingly, the judgment denying ap-
pellant's application—under 28 U.S.C. §
2255—to set aside the convictions, is

Affirmed.

Charles Ray TIPPITT, Petitioner-
Appellant,

v.

J. J. CLARK, Warden, and U. S. Board of
Parole, Respondents-Appellees.

No. 71–2616.

United States Court of Appeals,
Fifth Circuit.

Jan. 19, 1972.

Appeal from the United States Dis-
trict Court for the Northern District of
Georgia; Charles A. Moye, Jr., Judge.

Charles R. Tippitt, pro se.

John W. Stokes, Jr., U. S. Atty., An-
thony M. Arnold, Asst. U. S. Atty., At-
lanta, Ga., for respondents-appellees.

Before GEWIN, GOLDBERG and DY-
ER, Circuit Judges.

PER CURIAM:

Appeal dismissed.[1]  Weiss v. United
States Board of Parole, 451 F.2d 1346
(5th Cir. 1971); Nelson v. United States,
443 F.2d 75 (5th Cir. 1971).

---

1. It is appropriate to dispose of this pro se
case summarily, pursuant to this Court's
local Rule 9(c) (2), appellant having
failed to file a brief within the time fixed

by Rule 31, Federal Rules of Appellate
Procedure. Kimbrough v. Beto, Director,
5th Cir. 1969, 412 F.2d 981.